COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

 

                                        NO.
2-07-360-CV

 

 

MIKE BISMAR, M.D.                                                             APPELLANT

 

                                                   V.

 

DOROTHY A. MOREHEAD,                                                     APPELLEES

VAUGHN
R. MOREHEAD, AND 

JAMES
P. MOREHEAD, III, 

INDIVIDUALLY
AND AS HEIRS AT LAW 

OF
GLORIA MOREHEAD, DECEASED

 

                                              ------------

 

           FROM
THE 348TH DISTRICT COURT OF TARRANT COUNTY

 

                                              ------------

 

                                MEMORANDUM
OPINION[1]

 

                                              ------------

Mike Bismar, M.D. is
attempting to appeal the trial court=s order denying his motion to dismiss the underlying medical
malpractice lawsuit.  We dismiss the
appeal for want of jurisdiction. 








Bismar moved to dismiss
appellees= suit on the
ground that their expert report was inadequate.[2]  This court has held that an order denying a
motion to dismiss based on the alleged inadequacy of an expert report is not
appealable by interlocutory appeal.[3]  Consequently, we notified Bismar by letter
that his appeal was subject to dismissal unless he filed a response showing
grounds for continuing the appeal.[4]  Although Bismar has filed a response, it does
not state grounds for continuing the appeal. 
Accordingly, we dismiss the appeal for want of jurisdiction. 

PER CURIAM

 

PANEL
D:  CAYCE, C.J.; LIVINGSTON and
DAUPHINOT, JJ.

 

DELIVERED:  November 29, 2007                          











[1]See Tex. R. App. P. 47.4.





[2]Bismar
concedes that the initial expert report was timely, although he complains that
the supplemental expert report was not.





[3]See
Jain v. Stafford, 214 S.W.3d 94, 97 (Tex. App.CFort
Worth 2006, pet. dism=d).





[4]See Tex. R. App. P. 42.3(a).